UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK JOHN RICHARD,

Plaintiff,

v.

Case No. 25-cv-10642
HON. MARK A. GOLDSMITH

DENIS SCHUR, et al.,

Defendants.
______________________________/

**OPINION & ORDER OVERRULING PLAINTIFF'S OBJECTION (Dkt. 38)**

Before the Court are pro se Plaintiff Frank John Richard's objection (Dkt. 38) to the Magistrate Judge's order striking an affidavit filed by Richard. 8/12/26 Order (Dkt. 37). For the reasons that follow, the Court overrules Richard's objection.

"Under 28 U.S.C. § 636(b)(1)(A), a district court may reconsider a magistrate judge's decision on a non-dispositive, non-excepted, pending pretrial matter only if it is clearly erroneous or contrary to law." Bisig v. Time Warner Cable, Inc., 940 F.3d 205, 219 (6th Cir. 2019) (punctuation modified). "This standard requires the District Court to review findings of fact for clear error and to review matters of law de novo." Id. (punctuation modified). "A [factual] finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." Id. (punctuation modified). "And [a]n order is contrary to the law when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." Id. (punctuation modified).

The magistrate judge's order struck Richard's affidavit, found at Dkt. 36, because it was "unconnected to any motion" so it was improper. 8/12/26 Order at PageID.413.

Richard's objection states that he served the affidavit on Defendants' counsel "in conjunction with a 21 day 'Safe Harbor Provision' . . . "to serve a a [sic] warning to the defendants and their lawyer to refrain from exparte communication with the plaintiff." Obj. at PageID.416.

The Court does not understand Richard's explanation, as there is no prohibition on communications with a pro se party. Regardless, his objection is not to the magistrate judge's order. Therefore, it is overruled.

**SO ORDERED.**

Dated: September 9, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 9, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager